Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

HUGO ORTEGA HERNANDEZ ET AL

---
Write the full name of each plaintiff or petitioner.

RECEIVED
SDNY PRO SE OFFICE
2017 NOV 21 PM 2:20
S.D. OF N.Y.

Case No. 17 CV 6164

-against-

MUZZARELLA INC. ET AL    Letter re: EXTENTION OF TIME

---
Write the full name of each defendant or respondent.

DEAR JUDGE FAILLA,
I NEED AN EXTENTION OF TIME ON MY NOV. 30 DATE DUE TO NOT BEING READY AND NOT FEELING WELL.
PLEASE, IF YOU WILL, IT WOULD BE APPRECIATE IF NEXT DATE WILL BE AFTER THE HOLIDAYS
HAPPY HOLIDAYS TO YOU AND FAMILY, THANK YOU!

11/21/17
Dated

[Signature]
Signature

JOHN RUSSO
Name

Prison Identification # (if incarcerated)

28 CLUNIE AVENUE    HASTINGS    NY    10706
Address            City         State  Zip Code

Telephone Number (if available)        E-mail Address (if available)