

Case number: 1:17-cv-06164

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 5, 2018

To Whom It May Concern,

We are requesting a 14-day extension as we are still searching for counsel.

Best,
John Russo
Muzzarella inc.

The Court is in receipt of the above request from Defendant John Russo.  This is Defendant Russo's second request for an extension of the time to answer Plaintiff's Complaint which was served on him on September 21, 2017.  (Dkt. #13-14). Following Defendant Russo's untimely request for an extension on November 21, 2017, the Court extended his time to answer *nunc pro tunc* until January 5, 2018.  (Dkt. #16).  Defendant Russo's request is GRANTED until January 19, 2017.  No further extensions will be granted.

Defendants Muzzarella, Inc. and Anthony Muzzarella have been served but have not answered the complaint, nor have they requested extensions of their time to answer.  Plaintiff is directed to submit a letter by January 26, 2018, stating whether he intends to move for a default judgment against any of the Defendants.

Dated:     January 5, 2018
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

John Russo
28 Clunie Avenue
Hastings, NY 10706