UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| VICTOR HUGO ORTEGA HERNANDEZ *individually and on behalf of others similarly situated* | ) ) ) Docket No. 17-cv-06164 |
| Plaintiff, | ) |
| -against- | ) NOTICE OF APPEARANCE ) |
| MUZZARELLA INC. (d/b/a MUZZARELLA PIZZA), JOHN RUSSO and ANTHONY MUZZARELLA, | ) COLLECTIVE ACTION ) UNDER 29 U.S.C. §216(b) ) ) ECF CASE |
| Defendants. | ) |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that Elliot Schnapp, of Gordon Gordon & Schnapp, P.C., hereby appears as Counsel for Defendants Muzzarella, Inc., (d/b/a Muzzarella Pizza) and John Russo in this action.

Dated: New York, New York
January 19, 2018

GORDON, GORDON & SCHNAPP, P.C.

By: _____
Elliot Schnapp (ES 9170)
Attorneys for Defendants Muzzarella Inc. (d/b/a Muzzarella Pizza) and John Russo
30 Broad Street, 21st floor
New York, New York 10004
(212) 355-3200