UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR HUGO ORTEGA HERNANDEZ )
*individually and on behalf of others similarly situated* )
) Docket No. 17-cv-06164
               Plaintiff, )
) NOTICE OF APPEARANCE
         -against- )
) COLLECTIVE ACTION
MUZZARELLA INC. (d/b/a MUZZARELLA PIZZA), ) UNDER 29 U.S.C. §216(b)
JOHN RUSSO and ANTHONY MUZZARELLA, )
) ECF CASE
               Defendants. )
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Elliot Schnapp, of Gordon Gordon & Schnapp, P.C., hereby appears as Counsel for Defendants Muzzarella, Inc., (d/b/a Muzzarella Pizza) and John Russo in this action.

Dated: New York, New York
       January 19, 2018

                                      GORDON, GORDON & SCHNAPP, P.C.

                                      By: _____
                                            Elliot Schnapp (ES 9170)
                                    Attorneys for Defendants Muzzarella Inc. (d/b/a
                                         Muzzarella Pizza) and John Russo
                                    30 Broad Street, 21st floor
                                    New York, New York 10004
                                    (212) 355-3200