## GORDON, GORDON & SCHNAPP, P.C.

30 BROAD STREET / 21ST FLOOR
NEW YORK, NEW YORK 10004
T 212-355-3200 / F 212-355-3292

KENNETH E. GORDON
ELLIOT SCHNAPP
JAMES M. THAYER*
*ADMITTED IN NY & NJ

MURRAY A. GORDON
(1944–1985)

January 19, 2018

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the
    Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

        Re.: *Hernandez v. Muzzarella Inc. et al.*
        17 Civ. 6164 (KPF)

Dear Judge Failla:

    On January 11, 2018. my firm was retained by Defendants Muzzarella Inc. (d/b/a Muzzarella Pizza) and John Russo to appear as their counsel in the referenced action. I am aware that by previous order of the Court, today was the last day by which those Defendant were required to move or answer with respect to the Complaint. However, given the fairly copious amount of documentation with which I will have to familiarize myself in order to be able to address the allegations of the Complaint in an appropriate manner (the allegations of the complaint cover a period going back as far as 2011), on behalf of my clients I hereby request a further extension of time to move or anser to and including February 19, 2018.

    I have conferred with Sara Isaacson, Esq., counsel for the plaintiff in this action, and she has graciously consented to this request. Thank you.

                            Very truly yours,

                            Elliot Schnapp

266L01-3/18