# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                         Telephone: (212) 317-1200
New York, New York 10165                                               Facsimile: (212) 317-1620
_____
sisaacson@faillacelaw.com

November 9, 2018

**<u>VIA ECF</u>**

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Ortega Hernandez, et al. v. Muzzarella Inc., et al*
        17-cv-6164 (KPF)

Dear Judge Failla:

      We represent the Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to respectfully inform the Court that after further discussions Plaintiff does not believe a settlement conference will be productive at this time.

      The parties thank the Court for its attention to this matter.

Respectfully Submitted,

_____/s/ *Michael Faillace*
Michael Faillace

cc: Jason Mizrahi, Esq. (via Electronic Mail)
    Joshua Levin-Epstein, Esq. (via Electronic Mail)