**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Victor Hugo Ortega Hernandez,                                    Case No.: 1:17-cv-06164
*individually and on behalf of others similarly*
*situated*                                                                **NOTICE OF**
                                        Plaintiff,                     **APPEARANCE**


                    -against-


Muzzarella Inc. (d/b/a Muzzarella Pizza), John
Russo, and Anthony Muzzarella,


                                        Defendants.
-------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants Muzzarella Inc. (d/b/a Muzzarella Pizza), John Russo, and Anthony Muzzarella (collectively, the "**Defendants**"), and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

          LEVIN-EPSTEIN & ASSOCIATES, P.C.
          1 Penn Plaza, Suite 2527
          New York, New York 10119


Dated: January 17, 2019
      New York, New York


               By:    */s/Jason Mizrahi*_____
                     Jason Mizrahi, Esq.
                     1 Penn Plaza, Suite 2527
                     New York, New York 10119
                     Telephone: (212) 792-0048
                     Facsimile: (212) 563-7108
                     Email: Jason@levinepstein.com


To:

     MICHAEL FAILLACE & ASSOCIATES, P.C. (via ECF)
     Attn: Sara J. Isaacson, Esq.
     60 East 42nd Street, Suite 4510
     New York, New York 10165
     Tel: (212) 317-1200
     Fax: (212) 317-1620
     *Attorneys for Plaintiff*