## *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200        Fax:(212) 317-1620

Ramon Victoria                                                                                  January 31, 2019


|                | | File #:  | MuzzarellaPi |
|----------------|---|----------|--------------|
| **Attention:** | | Inv #:   | Sample       |

**RE:**   Victor Hugo Ortega Hernandez et al v. Muzzarella Inc. et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-27-17 | Initial interview with client | 1.00 | 175.00 | PL |
| Aug-04-17 | contacted client and discussed facts of case | 0.10 | 45.00 | MF |
| Aug-13-17 | researched lexis and drafted complaint | 2.80 | 1,260.00 | MF |
| Aug-14-17 | reviewed and corrected complaint; discussed with Es the correct name of the owner; requested that Es make corrections to the complaint | 1.90 | 855.00 | MF |
| Aug-15-17 | finalized and filed complaint | 2.00 | 350.00 | PL |
| Aug-16-17 | drafted damage calculations | 0.75 | 131.25 | PL |
| Oct-25-17 | got status of case from SI | 0.10 | 45.00 | MF |
| Jan-03-18 | phone call with client to discuss case | 0.10 | 10.00 | PL |
| Jan-09-18 | Telephone conference with opposing counsel re: settlement and time to answer | 0.10 | 35.00 | SI |
| Feb-16-18 | Telephone conference with Opposing counsel regarding extension of time to file answer | 0.10 | 35.00 | SI |
| Feb-19-18 | got status of case from SI | 0.10 | 45.00 | MF |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| Mar-15-18 | Drafted initial conference materials | 0.20 | 70.00 | SI |
| Mar-23-18 | Travel to and from initial conference; appear at initial conference | 0.90 | 315.00 | SI |
| Apr-10-18 | Drafted Plaintiff's initial disclosures | 0.30 | 105.00 | SI |
| Apr-11-18 | Telephone conference with Opposing counsel and mediator | 0.50 | 175.00 | SI |
| May-15-18 | Drafted mediation statement | 0.70 | 245.00 | SI |
| May-21-18 | Reviewed case in preparation for mediation | 0.30 | 105.00 | SI |
| May-22-18 | Discussed with SI that OC threatened to move for sanctions by claiming our client was lying | 0.10 | 45.00 | MF |
|  | Travel to and from mediation; attend mediation | 2.60 | 910.00 | SI |
| Jul-20-18 | Telephone conference with opposing counsel regarding new counsel and defendants' request for extension of time to complete discovery | 0.20 | 70.00 | SI |
| Aug-14-18 | Discussed with staff status of case | 0.10 | 45.00 | MF |
| Oct-04-18 | Drafted notices of deposition | 0.40 | 140.00 | SI |
| Oct-09-18 | Drafted responses and objections to Defendants' document requests and interrogatories | 1.30 | 455.00 | SI |
| Oct-24-18 | Telephone confernece with mediatior in advance of mediation | 0.20 | 70.00 | SI |
| Oct-25-18 | Telephone confernece with opposing counsel | 0.10 | 35.00 | SI |
| Oct-26-18 | Travel to and from mediation, appear at mediation | 3.20 | 1,120.00 | SI |
| Oct-29-18 | Drafted notices of deposition | 0.30 | 105.00 | SI |
| Oct-31-18 | Prepared client for deposition | 0.70 | 245.00 | SI |
| Nov-02-18 | Prepared for depositions | 1.40 | 490.00 | SI |
|  | Travel to and from depositions, defend | 3.50 | 1,225.00 | SI |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | plaintiff's deposition; take defendant's deposition | | | |
| Nov-08-18 | Travel to and from pretrial conference; appear at pretrial conference | 1.30 | 455.00 | SI |
| | Drafted status letter | 0.20 | 70.00 | SI |
| Nov-09-18 | Drafted letter regarding settlement conference | 0.10 | 35.00 | SI |
| Nov-30-18 | Drafted pretrial materials | 3.10 | 1,085.00 | SI |
| Dec-17-18 | Drafted letter motion for extension of time to file pretrial materials | 0.20 | 70.00 | SI |
| Dec-26-18 | Discussed with SI that the Defendants claim that our client made different claims to the DOJ | 0.20 | 90.00 | MF |
| | Drafted proposed voir dire | 0.40 | 140.00 | SI |
| Jan-03-19 | Telephone conference with woman at Industrial Board of Appeals | 0.20 | 70.00 | SI |
| | Drafted letter to defense counsel regarding adjournment of hearing at Industrial board of appeals | 0.30 | 105.00 | SI |
| Jan-04-19 | Organized documents for conference | 0.25 | 25.00 | PL |
| Jan-07-19 | discussed case with SI the judge's decision to deny OC's motion to postpone trial for a hearing | 0.20 | 90.00 | MF |
| | Travel to and from FPTC; appear at FPTC | 2.10 | 735.00 | SI |
| Jan-14-19 | Prepared for trial | 3.80 | 1,330.00 | SI |
| Jan-15-19 | Prepared for trial with client | 1.10 | 385.00 | SI |
| | Prepared for trial | 2.70 | 945.00 | SI |
| Jan-16-19 | Discussed with SI defendant's decision to postpone trial and go ahead with trial | 0.10 | 45.00 | MF |
| Jan-17-19 | Discussed with SI whether we should confirm the interpreters since it is possible the defendants will declare bankruptcy | 0.10 | 45.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
|  | Discussed with SI the probability of defendants filing for bankruptcy; discussed OC's response to our inquiry about bankruptcy and requested that PP reserve interpreters for trial; discussed the strengths of our client with SI | 0.30 | 135.00 | MF |
|  | prepared client for trial | 3.00 | 300.00 | PL |
| Jan-18-19 | Discussed with SI what action to take in order to preclude defendants from presenting document when they cannot validate it; discussed with SI defendants' refusal to negotiate; discussed with SI the action by defendants of making false accusations against us and what she plans to do about the document defendants cannot validate | 0.90 | 405.00 | MF |
|  | Drafted email response to Judge Failla regarding wage notice | 0.20 | 70.00 | SI |
|  | Prepared for trial | 4.60 | 1,610.00 | SI |
| Jan-19-19 | Prepared opening statement for trial | 1.50 | 525.00 | SI |
| Jan-21-19 | Prepared client for trial | 3.20 | 1,120.00 | SI |
|  | Prepared for trial | 1.60 | 560.00 | SI |
| Jan-22-19 | Discussed with SI what occurred at the court | 0.20 | 90.00 | MF |
|  | Discussed with PH developments in the case | 0.10 | 45.00 | MF |
|  | Travel to and from trial; appear at trial | 2.20 | 770.00 | SI |
|  | Telephone conference with opposing counsel and judge | 0.20 | 70.00 | SI |
|  | Drafted letter regarding spread of hours and fixed rates in hospitality industry | 0.40 | 140.00 | SI |
|  | Telephone conferences with opposing counsel regarding settlement | 0.30 | 105.00 | SI |
| Jan-23-19 | Discussed with SI results of settlement conference | 0.20 | 90.00 | MF |

|  | | | |
|---|---:|---:|---|
| Travel to and from settlement conference; appear at settlement conference | 3.20 | 1,120.00 | SI |
| Drafted settlement agreement | 1.20 | 420.00 | SI |
| Totals | 65.70 | $22,251.25 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Sep-22-17 | Process Server (Service on Muzzarella Inc.) | 65.00 |
| Dec-06-18 | Transcript: Reporter Appearance + minuscript/condensed transcript | 389.25 |
| Jan-17-19 | Stationery/Supplies | 58.59 |
| Jan-18-19 | Stationery/Supplies | 87.10 |
| Jan-21-19 | interpreter fee | 3,200.00 |
| | Totals | $3,799.94 |

**Total Fee & Disbursements**                                                  **$26,051.19**

**Balance Now Due**                                                            **$26,051.19**