UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR HUGO ORTEGA HERNANDEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>-against-<br><br>MUZZARELLA INC. (d/b/a MUZZARELLA PIZZA), and JOHN RUSSO,<br><br>*Defendants.* | Case No. 17-cv-6164<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, as to Defendants Muzzarella Inc. (d/b/a Muzzarella Pizza) and John Russo and with each party to bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: February 5, 2019
       New York, New York

| | |
|---|---|
| _____<br>Sara Isaacson, Esq.<br>Michael Faillace & Associates, P.C.<br>*Attorneys for Plaintiffs*<br>60 East 42nd St. Suite 4510<br>New York, NY 10165<br>Tel: (212) 317-1200<br>Fax: (212) 317-1620<br>Email: sisaacson@faillacelaw.com | /s/ Joshua D. Levin-Epstein<br>Joshua D. Levin-Epstein, Esq.<br>Levin-Epstein & Associates, P.C.<br>*Attorneys for Defendants*<br>1 Penn Plaza, Suite 2527<br>New York, New York 10119<br>Tel: (212) 792-0046<br>Fax: (212) 563-7108<br>Joshua@levinepstein.com |

**SO ORDERED:**

_____
Hon. Katherine Polk Failla
United States District Judge