

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR HUGO ORTEGA HERNANDEZ, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>-against-<br><br>MUZZARELLA INC. (d/b/a MUZZARELLA PIZZA), JOHN RUSSO, and ANTHONY MUZZARELLA,<br><br>Defendants. | Index No. 17-cv-6164<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Sara Isaacson, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as she has decided to leave the firm and therefore her last day with the law firm of Michael Faillace & Associates, P.C. is Tuesday, February 19, 2019.

Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel respectfully requests that this Court permit Sara Isaacson to withdraw as counsel for the Plaintiff in this matter.

Dated: New York, New York
       February 18, 2019

Respectfully submitted,

*/s/ Sara Isaacson*
Sara Isaacson, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

```
Application GRANTED.  This case was closed on February 5, 2019.

Dated:    February 19, 2019                SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE